**Neil E. LONGAN, Respondent,**

v.

**Angela G. LONGAN, Appellant.**

### WD 80195

Missouri Court of Appeals, Western District.

ORDER FILED: May 30, 2017

Douglas B. Harris, Warrensburg, MO, Attorney for Respondent.

Robert H. Ravenhill, Marshall, MO, Attorney for Appellant.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Lisa White Hardwick and Cynthia L. Martin, Judges

### Order

**Per Curiam:**

Ms. Angela G. Longan appeals from the Judgment of the Circuit Court of Pettis County, Missouri, granting Mr. Neil E. Longan's motion to divest Ms. Longan of interest in certain real property. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).